

NUMBER 13-14-00011-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CAS COMPANIES, L. P., INCORRECTLY
NAMED CLEAN AIR SOLUTIONS OF
HOUSTON, LLC AND BILL BOWLIN,                          APPELLANTS,

v.

SERVICE SUPPLY OF VICTORIA, INC.,                      APPELLEE.

On appeal from the 267th District Court
of Victoria County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Longoria
Memorandum Opinion Per Curiam**

Appellants, CAS Companies, L.P., incorrectly named Clean Air Solutions of Houston, LLC and Bill Bowlin, perfected an appeal from a judgment entered by the 267th District Court of Victoria County, Texas, in cause number 11-9-72239C. Appellants have

filed an unopposed motion to dismiss the appeal with prejudice.   Appellants request that this Court dismiss this appeal with prejudice.

The Court, having considered the documents on file and the unopposed motion to dismiss, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a). The motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE.   In accordance with the agreement of the parties, costs are taxed against the party incurring same.   *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").   Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the 13th
day of March, 2014.

2